IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br><br>    Defendant. | Case No. 6:22-cv-00188-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Sonrai Memory Limited ("Plaintiff") and Defendant Dell Technologies Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Dell Technologies, Inc., with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully submitted,

| | |
|---|---|
| Dated: August 15, 2022 | Dated: August 15, 2022 |
| */s/ Amy E. Hayden* | */s/ Brady Cox* |
| Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>James Milkey (CA SBN 281283)<br>jmilkey@raklaw.com<br>Amy E. Hayden (CA SBN 287026) | Michael J. Newton (TX Bar No. 24003844)<br>Brady Cox (TX Bar No. 24074084<br>**ALSTON & BIRD LLP**<br>2200 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Phone: 214) 922-3400<br>Fax: (214) 922-3899 |

| | |
|---|---|
| ahayden@raklaw.com<br>Christian W. Conkle (CA SBN 306374)<br>cconkle@raklaw.com<br>Jonathan Ma (CA SBN 312773)<br>jma@raklaw.com<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br><br>*Attorneys for Plaintiff Sonrai Memory Limited* | mike.newton@alston.com<br>brady.cox@alston.com<br><br>Lauren N. Griffin (NC Bar No. 54766)<br>**ALSTON & BIRD LLP**<br>One South at The Plaza<br>101 S Tryon St, Suite 4000<br>Charlotte, NC 28280<br>Phone: 704.444.1059<br>Fax: 704.444.1111<br>Email: lauren.griffin@alston.com<br><br>John Guaragna (Bar No. 24043308)<br>**DLA PIPER LLP (US)**<br>303 Colorado, Suite 3000<br>Austin, TX 78701<br>Telephone: (512) 457-7000<br>Facsimile: (512) 457-7001<br>john.guaragna@us.dlapiper.com<br><br>Mark D. Fowler (*Pro Hac Vice*)<br>Brent Yamashita (*Pro Hac Vice*)<br>Carrie Williamson  (*Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, California 94303-2214<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br>mark.fowler@us.dlapiper.com<br>brent.yamashita@us.dlapiper.com<br>carrie.williamson@us.dlapiper.com<br><br>Patrick S. Park *(Pro Hac Vice)*<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Telephone:  (310) 595-3000<br>Facsimile:  (310) 595-330<br>patrick.park@us.dlapiper.com<br><br>*Attorneys for Defendant Dell Technologies Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on August 15, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                        */s/ Amy E. Hayden*
                                                       Amy E. Hayden